IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DMITRI WASHINGTON, also     )
known as Dmitri Washington  )
Bey A.R.R.,                 )
                            )
     Plaintiff,             )
                            )        CIVIL ACTION NO.
     v.                     )         2:15cv672-MHT
                            )            (WO)
COMMISSIONER: JEFFERSON S.  )
DUNN, et al.,               )
                            )
     Defendants.            )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 5) is adopted.

(2) The plaintiff's motion for a preliminary injunction (doc. no. 2) is denied.

(3) This lawsuit is dismissed without prejudice.

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is closed.**

**DONE, this the 25th day of November, 2015.**

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**